| | | | |
|---|---|---|---|
| AUSA: | Susan Fairchild | Telephone: | (313) 226-9577 |
| Agent: | Julio J. Coronado | Telephone: | (810) 989-5056 |

AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Jose Ricardo ROBLES-NAVARRO

Case: 2:25−mj−30746
Assigned To : Unassigned
Assign. Date : 12/8/2025
Description: CMP USA v Robles−Navarro (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __December 5, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1326(a) | Unlawful Re-Entry Following Removal from the United States |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Julio J. Coronado, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __December 8, 2025__

_____
Judge's signature

City and state: __Detroit, MI__

Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Julio J. Coronado, declare the following under penalty of perjury:

1.      I am a United States Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol.  I have been employed in this capacity since June 11, 2007.  Currently, I am assigned to the Marysville Border Patrol Station.  The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol agents and records checks of law enforcement databases.  I have also reviewed the official immigration file and system automated data relating to Jose Ricardo ROBLES-NAVARRO, which attests the following:

2.      The information set forth below is for the limited purpose of establishing probable cause.  Therefore, this affidavit does not necessarily contain all the information collected during my investigation.

3.      Jose Ricardo ROBLES-NAVARRO is a thirty-eight-year-old native and citizen of Mexico, who last re-entered the United States at or near an unknown place, on or about an unknown date, without being admitted, inspected or paroled by an Immigration Officer.

4.      On or about December 13, 2010, ROBLES-NAVARRO was encountered by ICE agents at the St. Clair County Jail. Subject was issued an Notice to Appear.

5.      On or about October 19, 2011, ROBLES-NAVARRO was granted a Voluntary Return by an Immigration Judge in Detroit, MI.

6.      On or about February 15, 2012, ROBLES-NAVARRO departed the United States to Mexico via the Laredo, TX port of entry.

7.      On or about May 26, 2012, ROBLES-NAVARRO was encountered by Border Patrol near Hidaldo, TX and was issued an Expedited Removal.

8.      On May 31, 2012, ROBLES-NAVARRO was removed from the United States to Mexico via the Calexico, CA port of entry.

9.      On January 5, 2013, was arrested by the Oakland County Sheriff's Department in Michigan for Operating While Intoxicated. No disposition was found.

10. On or about January 5, 2013, ROBLES-NAVARRO was encountered by ICE agents at the Oakland County Jail in Pontiac, MI. An immigration detainer was lodged on ROBLES-NAVARRO.

11. On January 7, 2013, ROBLES-NAVARRO was released from the Oakland County Jail into ICE custody via the immigration detainer that had been placed two days prior. His prior order of removal was reinstated.

12. On January 22, 2013, ROBLES-NAVARRO was removed from the United States to Mexico via the Laredo, TX port of entry.

13. On or about February 1, 2013, ROBLES-NAVARRO was encountered by Border Patrol near Falfurrias, TX. His prior order of removal was reinstated.

14. On or about February 3, 2013, ROBLES-NAVARRO was removed from the United States to Mexico via the Calexico, CA port of entry.

15. On or about February 10, 2013, ROBLES-NAVARRO was encountered by Border Patrol near Brownsville, TX. ROBLES-NAVARRO's prior order of removal was reinstated, and he was charged with a violation of 8 USC §1325, Illegal Entry. On or about February 12, 2013, ROBLES-NAVARRO was convicted of a violation of 8 USC §1325 and sentenced to time served.

16. On February 14, 2013, ROBLES-NAVARRO was removed from the United States to Mexico via the Calexico, CA port of entry.

17. On or about March 26, 2023, ROBLES-NAVARRO was arrested by the Waterford Police Department in Michigan, for Operating While Intoxicated.

18. On or about April 20, 2023, ROBLES-NAVARRO was convicted in the 51st District Court for Operating While Intoxicated. He sentenced to 18 months' probation and ordered to pay a fine of $1,915.

19. On December 5, 2025, ROBLES-NAVARRO was encountered by Border Patrol Agents from the Marysville DISRUPT unit, during a traffic stop of his vehicle, a Chevy Silverado 2500 truck.  Agents conducted an inquiry on the vehicle and determined that it was registered to ROBLES-NAVARRO, a citizen and national of Mexico, who had been previously removed from the United States.

20. After stopping his truck in a parking lot, ROBLES-NAVARRO got out of the truck and began to flee on foot. He was apprehended by agents and taken into custody.

21. ROBLES-NAVARRO was transported to the Marysville Border Patrol Station for further investigation and processing. After confirming that he had previously been ordered removed in Hidalgo, TX, his prior order of removal was reinstated.

22. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

23. Review of the alien file (A# xxx xxx 703) for ROBLES-NAVARRO, and queries in U.S. Border Patrol computer databases confirm no record exists of ROBLES-NAVARRO obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States following his last departure on February 14, 2013.

24. Based on the above information, I believe there is probable cause to conclude that Jose Ricardo ROBLES-NAVARRO, is an alien who was found in the United States after removal, without first obtaining the express permission of the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8 U.S.C. § 1326(a).

_____
Julio J. Coronado, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Anthony P. Patti
United States Magistrate Judge
December 8, 2025